UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:23-CR-00172(1)-ADA |
| | § | |
| (1) EDWARD LEE POWELL | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  August 28, 2024 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) EDWARD LEE POWELL, which alleged that Powell violated a condition of his supervised release and recommended that Powell's supervised release be revoked (Clerk's  Document No. 2).  A warrant issued and Powell was arrested.  On August 14, 2024, Powell appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Powell appeared before the magistrate judge on August 20, 2024, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on August 27, 2024, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense

and the intervening conduct of Powell, the magistrate judge recommends that this court revoke Powell supervised release and that Powell be sentenced to imprisonment for SIXTEEN (16) months, with no term supervised release to follow the term of imprisonment, to run concurrent with his sentence in W:22-CR-59, with no term of supervised release to follow. The defendant should also receive credit for time served since his arrest on July 18, 2024. (Clerk's Document No. 15).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On August 20, 2024, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 14). The court, having reviewed the entire record and finding no plain error, accepts

and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 15 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) EDWARD LEE POWELL's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) EDWARD LEE POWELL be imprisoned for SIXTEEN (16) months with no term of supervised release, to run concurrent with his sentence in W:22-CR-59, with no term of supervised release to follow. The defendant should also receive credit for time served since his arrest on July 18, 2024.

Signed this 5th day of September, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE